# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>TERRANCE RODREGUS BROOKS<br>SSAN: XXX-XX-5672<br><br><br><br>Debtor(s) | Case No. 17-32274-DHW<br>Chapter 13 |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on August 10, 2017.

2. The debtor(s) §341 Meeting of Creditors was held September 20, 2017.

3. The debtor(s) overall pay record is 50%.

(**X**) The Trustee has not received the debtor(s) tax returns as required by 11 U.S.C. § 521.

(**X**) The plan fails to meet the disposable income test. Please review this case and amend the plan to meet the disposable income test as discussed at the 341.

(**X**) This below median case requires a pot of $8,576.00.

(**X**) Debtor failed to appear at meeting of creditors scheduled on September 20, 2017, and the reset meeting on October 5, 2017

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this October 26, 2017.

Sabrina L. McKinney
Chapter 13 Standing Trustee

By: /s/*Sabrina L. McKinney*
Sabrina L. McKinney
Chapter 13 Standing Trustee

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL  36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: 13trustee@ch13mdal.com

**CERTIFICATE OF SERVICE**

   I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this October 26, 2017.

Copy to:  DEBTOR(S)
          STEPHEN L KLIMJACK

/s/*Sabrina L. McKinney*
Sabrina L. McKinney
Chapter 13 Standing Trustee